| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

VICTOR RIOS-CHAVEZ, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:13-CV-169
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Victor Rios-Chavez, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to a United States magistrate judge for consideration pursuant to applicable laws and orders of this court.

The Defendants filed a motion asking that this case be dismissed for failure to prosecute. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be granted and this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The recommendation was based on Plaintiff's failure to respond to an order directing him to provide additional information concerning his address.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions in the Report are correct and the Report of the magistrate judge is **ADOPTED**.  The motion to dismiss filed by the defendants (#111) is **GRANTED**.  A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 6th day of January, 2022.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE